## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Robert M. NISSENBAUM, Respondent.

### No. 661 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

March 8, 2001.

### ORDER

PER CURIAM:

AND NOW, this 8th day of March, 2001, there having been filed with this Court by Robert M. Nissenbaum his verified Statement of Resignation dated February 7, 2001, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Robert M. Nissenbaum be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Fred J. LAGATTUTA, Respondent.

### No. 957 Disciplinary Docket No. 2.

Supreme Court of Pennsylvania.

March 8, 2001.

### ORDER

PER CURIAM:

AND NOW, this 8th day of March, 2001, a Rule having been entered upon respondent by this Court on December 14, 2000, to show cause why the Order of this Court entered on August 25, 1999, should not be modified and, upon consideration of the responses filed, it is hereby

ORDERED that the Rule is made absolute, respondent's probation is revoked and he is suspended from the practice of law for a period of one year and one day. Respondent shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that the respondent shall pay the expenses of the investigation and prosecution of the revocation proceedings pursuant to Rule 208(g), Pa.R.D.E.